**ORAL ARGUMENT IS NOT SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ERIE BOULEVARD HYDROPOWER, L.P.,<br><br>             Petitioner,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>             Respondent. | No. 23-1184 |

**CONSENT MOTION OF PETITIONER ERIE BOULEVARD HYDROPOWER, L.P. TO HOLD CASE IN ABEYANCE AND SUSPEND FILING OF THE CERTIFIED INDEX TO THE RECORD**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Petitioner Erie Boulevard Hydropower, L.P. ("Erie") hereby moves the Court to hold this case in abeyance, including the filing by Respondent Federal Energy Regulatory Commission ("FERC") of the certified index to the record, for a period of 90 days from the entry of the Court's order ruling on this Motion. Erie requests abeyance because it is actively pursuing settlement negotiations with New York State Department of Environmental Conservation ("NYSDEC"). The

negotiations, if successful, would alleviate the need for the Court to resolve the matters before it in this case. Erie proposes that, within 14 days after the expiration of the abeyance period, the parties would file motions to govern future proceedings.

Counsel for Erie has contacted counsel for FERC and is authorized to state that FERC supports this Motion and consents to the relief requested herein.

## ARGUMENT

This case concerns FERC's decisions regarding the denial by NYSDEC of Erie's request for water quality certification under Section 401 of the Clean Water Act ("CWA"), 33 U.S.C. § 1341(a) with respect to Erie's West Canada Creek Hydroelectric Project ("Project"). Before FERC can issue a new license for the Project, Erie must obtain a water quality certification from NYSDEC, or waiver thereof, pursuant to Section 401 of the CWA. Erie has been engaged in settlement discussions with NYSDEC, among other parties to the FERC relicensing proceeding, to reach agreement on issues pertaining to Erie's relicense application pending before FERC and any application for water quality certification filed with NYSDEC. Because such negotiations remain ongoing, Erie was required to file the Petition to maintain its rights with respect to FERC's decision regarding NYSDEC's denial. Nevertheless, Erie is hopeful that the settlement discussions will be ultimately successful in resolving the issues pertaining to Erie's relicense application and water quality certification.

Holding this case in abeyance will serve the interests of judicial economy by allowing Erie to continue progress toward a settlement agreement with NYSDEC and other relicensing parties that, if successful, would obviate the need for briefing, oral argument, deliberation, and decision by the Court. Abeyance for the purpose of settlement would be consistent with long-standing judicial and public policy promoting settlement of litigation. *See, e.g., Williams v. First Nat'l Bank*, 216 U.S. 582, 595 (1910) ("Compromises of disputed claims are favored by the courts") (citations omitted); *Autera v. Robinson*, 419 F.2d 1197, 1199 (D.C. Cir. 1969) ("Voluntary settlement of civil controversies is in high judicial favor.") (citations omitted); *Am. Sec. Vanlines, Inc. v. Gallagher*, 782 F.2d 1056, 1060 (D.C. Cir. 1986) ("Few public policies are as well established as the principle that courts should favor voluntary settlements of litigation by the parties to a dispute.").

The 90-day abeyance period is a reasonable amount of time to allow the ongoing relicensing settlement negotiations to continue. In the event that the parties to the negotiations are not able to achieve settlement, this Motion contemplates that the parties to this case will so inform the Court, 14 days after expiration of the abeyance period, in motions to govern future proceedings.

# CONCLUSION

For the reasons stated above, Erie requests the Court to grant this unopposed Motion by holding this case in abeyance, including suspension of Respondent's filing of the certified index to the record. Erie further requests that the Court's order establish an abeyance period of 90 days from the date of entry of the Court's order, and require the parties to file motions to govern future proceedings 14 days after the abeyance ends.

Respectfully submitted,

*/s/ Julia S. Wood*
Julia S. Wood
Sharon L. White
ROCK CREEK ENERGY GROUP
1 Thomas Circle, NW, Suite 700
Washington, DC 20005
(202) 998-2770
jwood@rockcreekenergygroup.com
swhite@rockcreekenergygroup.com

*Counsel for Petitioner Erie Boulevard Hydropower, L.P.*

Dated: August 17, 2023

# CERTIFICATE OF COMPLIANCE WITH RULE 32(a)

Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure, I hereby certify that the foregoing Consent Motion of Petitioner Erie Boulevard Hydropower, L.P. to Hold Case in Abeyance and Suspend Filing of the Certified Index to the Record complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) and contains 615 words, as counted by Microsoft® Word for Microsoft 365 MSO (Version 2307 Build 16.0.16626.20028).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6), because this motion has been prepared in a proportionately spaced typeface using Microsoft® Word for Microsoft 365 MSO (Version 2307 Build 16.0.16626.20028) in 14-point Times New Roman font.

Dated at Washington, D.C., this 17th day of August, 2023.

>
> */s/ Julia S. Wood*
> Julia S. Wood
> ROCK CREEK ENERGY GROUP, LLP
> 1 Thomas Circle NW Suite 700
> Washington, DC 20005
> Tel: (202) 998-2770
> jwood@rockcreekenergygroup.com

## CERTIFICATE OF SERVICE

Pursuant to Rule 25(d) of the Federal Rules of Appellate Procedure and Circuit Rule 25, I hereby certify that, on August 17, 2023, I caused the forgoing document to be electronically filed using the Court's CM/ECF system, which automatically provides email notification of the filing to the attorneys of record in the above captioned docket.

*/s/ Julia S. Wood*
Julia S. Wood
ROCK CREEK ENERGY GROUP
1 Thomas Circle, NW, Suite 700
Washington, DC 20005
(202) 998-2770
jwood@rockcreekenergygroup.com

*Counsel for Petitioner Erie Boulevard Hydropower, L.P.*

Dated: August 17, 2023